IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHN F. FORRY | : | |
| & | : | |
| ROSALYN E. BURTON-FORRY, | : | |
| | : | DOCKET NO.: 17-10319-SR |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | APRIL 19, 2017 @ 10:00 a.m. |
| v. | : | |
| | : | |
| JOHN F. FORRY | : | |
| & | : | |
| ROSALYN E. BURTON-FORRY, | : | |
| | : | RELATED TO DOCKET NO.: <u>14</u> |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on March 2, 2017, by:

**17-10319-SR Notice will be electronically mailed to:**

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brad J. Sadek at brad@sadeklaw.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-10319-SR Notice will not be electronically mailed to:**

EXECUTED ON:  March 3, 2017

                                                   Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov