United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-10319-sr
John F. Forry Chapter 13
Rosalyn E Burton-Forry
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Stacey Page 1 of 1 Date Rcvd: May 26, 2017
 Form ID: pdf900 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
db/jdb +John F. Forry,    Rosalyn E Burton-Forry,    707 E. Sharpnack Street,
 Philadelphia, PA 19119-1536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg E-mail/Text: bankruptcy@phila.gov May 27 2017 01:12:56 City of Philadelphia,
 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
 Philadelphia, PA  19102-1595
smg E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2017 01:11:53
 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
 Harrisburg, PA  17128-0946
smg +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2017 01:12:52 U.S. Attorney Office,
 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
 TOTAL: 3

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
 BRAD J. SADEK    on behalf of Debtor John F. Forry brad@sadeklaw.com
 BRAD J. SADEK    on behalf of Joint Debtor Rosalyn E Burton-Forry brad@sadeklaw.com
 FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
 FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
 ecf_frpa@trustee13.com
 JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
 RA-occbankruptcy6@state.pa.us
 MATTEO SAMUEL WEINER    on behalf of Creditor    Structured Asset Securities Corporation Mortgage
 Loan Trust Mortgage Pass-Through Certificates Series 2006-BC4, U.S. Bank National Association,
 as Trustee bkgroup@kmllawgroup.com
 POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
 ecf_frpa@trustee13.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| John F. Forry | : | Chapter 13 |
| Rosalyn E. Burton-Forry | : | |
| | : | |
| Debtor (s) | : | Case No.: 17-10319SR |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion of John F. Forry and Rosalyn E. Burton-Forry to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of Discover Bank on Debtor's real property located at 707 E. Sharpnack Street Philadelphia, PA 19119, is VOIDED upon DISCHARGE.

FURTHER ORDERED:

**Dated: May 25, 2017**

_Stephen Raslavich_
Judge Stephen Raslavich