IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHN F. FORRY | : | |
|     & | : | |
| ROSALYN E. BURTON-FORRY | : | |
| | : | DOCKET NO.: 17-10319-SR |
|        DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|      MOVANT | : | WITHDRAWAL OF OBJECTION |
| | : | |
|     v. | : | |
| | : | |
| JOHN F. FORRY | : | |
|     & | : | |
| ROSALYN E. BURTON-FORRY | : | |
| | : | RELATED TO DOCKET NO.: 39 |
|     RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below

addresses, on June 7, 2017, by:

**17-10319-SR Notice will be electronically mailed to:**

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brad J. Sadek at brad@sadeklaw.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com


**17-10319-SR Notice will not be electronically mailed to:**


EXECUTED ON:  June 8, 2017

Respectfully submitted by,


By:     /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov