**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**JOHN F. FORRY**<br>**ROSALYN E. BURTON-FORRY**<br>DEBTOR(S) | § §<br>§ **CASE NO. 17-10319-JKF**<br>§<br>§<br>§ **CHAPTER 13**<br>§ |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Specialized Loan Servicing LLC**, as servicing agent for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2007-HE1, ("Creditor"), is withdrawing its **Proof of Claim (Claim #8-1** in the amount of **$103,368.42** filed on **March 6, 2017**, as it was inadvertently filed in error.

Dated: November 2, 2017

                                                Respectfully submitted,
                                                Buckley Madole, P.C.

                                                /s/ John J. Rafferty
                                                John J. Rafferty
                                                14841 Dallas Parkway, Suite 300
                                                Dallas, Texas 752540
                                                (972) 643-6600
                                                Email: POCInquiries@BuckleyMadole.com
                                                Authorized Agent for Specialized Loan Servicing LLC

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 2, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
John F. Forry
707 E. Sharpnack Street
Philadelphia, PA 19119-1536

**Co-Debtor**     *Via U.S. Mail*
Rosalyn E. Burton-Forry
707 E. Sharpnack Street
Philadelphia, PA 19119-1536

**Debtors' Attorney**
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA  19107-4707

**Chapter 13 Trustee**
Frederick L. Reigle
2901 St. Lawrence Ave., P.O. Box 4010
Reading, Pennsylvania 19606

                                                Respectfully Submitted,

                                                /s/ John J. Rafferty
                                                John J. Rafferty