| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-10319-AMC

JOHN F. FORRY  
ROSALYN E BURTON-FORRY  
707 E. SHARPNACK STREET  
PHILADELPHIA  PA    19119

Petition Filed Date: 01/17/2017  
341 Hearing Date: 03/03/2017  
Confirmation Date: 06/14/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $291.00 | | 03/29/2019 | $291.00 | | 04/29/2019 | $291.00 | |
| 05/28/2019 | $582.00 | | 07/31/2019 | $291.00 | | 09/03/2019 | $291.00 | |
| 10/01/2019 | $291.00 | 6217799000 | 10/28/2019 | $291.00 | 6281248000 | 12/02/2019 | $291.00 | 6361147000 |
| 12/27/2019 | $291.00 | 6432111000 | 01/27/2020 | $291.00 | 6507410000 | 03/02/2020 | $291.00 | 6605843000 |
| 03/18/2020 | $291.00 | 6646290000 | 05/01/2020 | $291.00 | 6756050000 | 06/01/2020 | $291.00 | 6828242000 |
| 07/01/2020 | $291.00 | 6907066000 | 08/03/2020 | $291.00 | 6987768000 | | | |

**Total Receipts for the Period: $5,238.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,642.80**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  010 | Unsecured Creditors | $324.25 | $0.00 | $324.25 |
| 19 | BECKET & LEE, LLP<br>»»  019 | Unsecured Creditors | $920.61 | $0.00 | $920.61 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $9,998.73 | $0.00 | $9,998.73 |
| 4 | FREEDOM CREDIT UNION<br>»»  004 | Unsecured Creditors | $12,012.14 | $0.00 | $12,012.14 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  05P | Priority Crediors | $5,860.99 | $5,860.99 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  05U | Unsecured Creditors | $5,551.58 | $0.00 | $5,551.58 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $1,347.05 | $0.00 | $1,347.05 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  011 | Unsecured Creditors | $476.64 | $0.00 | $476.64 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  012 | Unsecured Creditors | $476.03 | $0.00 | $476.03 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  013 | Unsecured Creditors | $938.71 | $0.00 | $938.71 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  014 | Unsecured Creditors | $3,180.96 | $0.00 | $3,180.96 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  015 | Unsecured Creditors | $569.33 | $0.00 | $569.33 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  016 | Unsecured Creditors | $1,443.29 | $0.00 | $1,443.29 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Secured Creditors | $4,619.50 | $1,427.49 | $3,192.01 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $1,456.32 | $0.00 | $1,456.32 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 21S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $8,386.46 | $0.00 | $8,386.46 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $685.76 | $0.00 | $685.76 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $989.55 | $0.00 | $989.55 |
| 7 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Mortgage Arrears | $2,921.41 | $902.78 | $2,018.63 |
| 6 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 006 | Unsecured Creditors | $35,087.14 | $0.00 | $35,087.14 |
| 21 | BRAD J SADEK ESQ<br>»» 021 | Attorney Fees | $1,918.00 | $1,918.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,642.80 | Current Monthly Payment: | $291.00 |
| Paid to Claims: | $10,109.26 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,009.74 | Total Plan Base: | $16,880.80 |
| Funds on Hand: | $523.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.