| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 17-10319-AMC

JOHN F. FORRY  
ROSALYN E BURTON-FORRY  
707 E. SHARPNACK STREET  
PHILADELPHIA  PA    19119

Petition Filed Date: 01/17/2017  
341 Hearing Date: 03/03/2017  
Confirmation Date: 06/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $291.00 | 6507410000 | 03/02/2020 | $291.00 | 6605843000 | 03/18/2020 | $291.00 | 6646290000 |
| 05/01/2020 | $291.00 | 6756050000 | 06/01/2020 | $291.00 | 6828242000 | 07/01/2020 | $291.00 | 6907066000 |
| 08/03/2020 | $291.00 | 6987768000 | 09/01/2020 | $291.00 | 7053513000 | 10/01/2020 | $291.00 | 7126413000 |
| 11/02/2020 | $291.00 | 7200970000 | 12/01/2020 | $291.00 | 7273478000 | 12/28/2020 | $291.00 | 7328009000 |
| 01/28/2021 | $291.00 | 7409134000 | 02/25/2021 | $191.00 | 7476794000 | 03/16/2021 | $100.00 | 7528057000 |
| 03/25/2021 | $291.00 | 7549659000 | 04/13/2021 | $291.00 | 7597179000 | 06/01/2021 | $291.00 | 7703470000 |

**Total Receipts for the Period:  $4,947.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,552.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 010 | Unsecured Creditors | $324.25 | $0.00 | $324.25 |
| 19 | BECKET & LEE, LLP<br>»» 019 | Unsecured Creditors | $920.61 | $0.00 | $920.61 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,998.73 | $0.00 | $9,998.73 |
| 4 | FREEDOM CREDIT UNION<br>»» 004 | Unsecured Creditors | $12,012.14 | $0.00 | $12,012.14 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,860.99 | $5,860.99 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $5,551.58 | $0.00 | $5,551.58 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,347.05 | $0.00 | $1,347.05 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $476.64 | $0.00 | $476.64 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $476.03 | $0.00 | $476.03 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $938.71 | $0.00 | $938.71 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $3,180.96 | $0.00 | $3,180.96 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $569.33 | $0.00 | $569.33 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $1,443.29 | $0.00 | $1,443.29 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $4,619.50 | $3,235.11 | $1,384.39 |

**Chapter 13 Case No. 17-10319-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $1,456.32 | $0.00 | $1,456.32 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 21S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $8,386.46 | $0.00 | $8,386.46 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $685.76 | $0.00 | $685.76 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $989.55 | $0.00 | $989.55 |
| 7 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Mortgage Arrears | $2,921.41 | $2,045.90 | $875.51 |
| 6 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 006 | Unsecured Creditors | $35,087.14 | $0.00 | $35,087.14 |
| 21 | BRAD J SADEK ESQ<br>»» 021 | Attorney Fees | $1,918.00 | $1,918.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,552.80 | Current Monthly Payment: | $291.00 |
| Paid to Claims: | $13,060.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,230.90 | Total Plan Base: | $16,880.80 |
| Funds on Hand: | $261.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.