**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **JOHN F. FORRY** | |
| **ROSALYN E BURTON-FORRY** | **Case No.17-10319-AMC** |
| **Debtors** | |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: January 24, 2022                    By:    */s/ Scott F. Waterman*
_____

Scott F. Waterman, Esquire, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
(610)779-1313 (Phone)
(610)779-3637 fax