United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John F. Forry  
Rosalyn E Burton-Forry  
    Debtors

Case No. 17-10319-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 25, 2022      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Forry, Rosalyn E Burton-Forry, 707 E. Sharpnack Street, Philadelphia, PA 19119-1536 |
| 13851495 | + | Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 13851496 | | Commonwealth of PA, Dept of Revenue, P.O. Box 280948, Philadelphia, PA 19101 |
| 13851497 | + | Daniel J. Santucci, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 13870862 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13863828 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13851504 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13877946 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 25 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125929 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 25 2022 23:58:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13893436 | | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2022 00:02:21 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13940392 | | Email/Text: megan.harper@phila.gov | Jan 25 2022 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13851494 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:21 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13926654 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2022 00:02:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13862307 | | Email/Text: mrdiscen@discover.com | Jan 25 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13851498 | + | Email/Text: mrdiscen@discover.com | Jan 25 2022 23:58:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 13851499 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 25 2022 23:58:00 | Freedom Credit Union, 626 Jacksonville Rd, Warminster, PA 18974-4862 |
| 13851500 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2022 23:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13882173 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 26 2022 00:02:22 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13851501 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 23:58:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13905107 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13851502 | + | Email/PDF: pa_dc_claims@navient.com | Jan 26 2022 00:02:21 | Navient, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13851503 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 00:02:21 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 13920544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 00:02:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13859715 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13851505 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 00:02:28 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 13851506 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 25 2022 23:58:00 | Verizon, 500 Technology Dr, Ste 30, Weldon Spring, MO 63304-2225 |
| 13851507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 00:02:26 | Visa Dept Store National Bank, Attn: Bankruptcy, P.O. Box 8053, Mason, OH 45040-8053 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13877991 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |

on behalf of Joint Debtor Rosalyn E Burton-Forry brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Debtor John F. Forry brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JOSEPH JASPER SWARTZ
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

MATTEO SAMUEL WEINER
    on behalf of Creditor Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-BC4  U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-BC4  U.S. Bank National Association, as Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John F. Forry and Rosalyn E Burton−Forry

    Debtor(s)

Case No: 17−10319−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/22

61 − 60
Form 138OBJ